UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of
Civil Cases to the Honorable Brenda K. Sannes

ORDER
OF REASSIGNMENT

_____

**ORDERED** that the following cases have been reassigned to the Honorable Brenda K. Sannes, U.S. District Judge.  They will remain assigned to the respective U.S. Magistrate Judges.

| Case Number | Caption |
| --- | --- |
| 5:18-cv-670 (LEK/TWD) | Kurec v. CSX Transportation, Inc. |
| 5:18-cv-1087 (LEK/TWD) | Timmons v. Kingsley-Johnston, Inc., et al |
| 5:19-cv-760 (LEK/TWD) | Woods v. County of Onondaga |
| 5:20-cv-33 (LEK/TWD) | Jeffrey's Auto Body, Inc. v. State Farm Fire and Casualty Company, et al |
| 5:20-cv-535 (LEK/TWD) | Cremeans v. Miller, et al |
| 5:20-cv-996 (LEK/TWD) | Kiss v. Aspen Dental Management, Inc., et al |
| 5:21-cv-101 (LEK/TWD) | Jeffrey's Auto Body, Inc. v. State Farm Fire and Casualty Company, et al |
| 5:21-cv-418 (LEK/ATB) | Pinckney v. Town of Fleming, et al |
| 5:21-cv-874 (LEK/ATB) | Freeman v. Syracuse Time & Alarm Co., Inc. |

**IT IS SO ORDERED.**

Dated: October 20, 2021
Syracuse, New York

Chief U.S. District Judge
Northern District of New York