

Laura L. Spring
Direct: 315.477.6293
Direct Fax: 315.425.3693
Email: lspring@ccblaw.com

December 1, 2021

*Via PACER NDNY*
Hon. Andrew T. Baxter
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

  Re: Robert Marshall Freeman v. Syracuse Time & Alarm Co., Inc.
     Civil Action No. 5:21-cv-0874 (BKS/ATB)

Dear Magistrate Baxter:

  I represent the Defendant in the above-referenced matter. On November 29, 2021, I reached out to Plaintiff's counsel, Mr. Hartt, regarding selecting a mediator in this matter as the deadline is today. I suggested a mediator and Mr. Hartt agreed. I contacted the mediator who responded that he may have a potential conflict. I emailed Mr. Hartt regarding the potential conflict and asked him if he would waive the conflict or send me some alternative mediator names. I have not heard back from Mr. Hartt.

  I am asking the Court for an extension of one week to select a mediator and an instruction that Mr. Hartt respond to my request. Thank you for your consideration in this matter.

          Very truly yours,

      COHEN COMPAGNI BECKMAN APPLER & KNOLL, PLLC

          *[signature]*
          Laura L. Spring

LLS/kmc:683663.1

cc: James Hartt, Esq. (*via PACER NDNY*)

COHEN COMPAGNI BECKMAN APPLER & KNOLL, PLLC
Attorneys and Counselors at Law
507 Plum Street, Suite 310, Syracuse, New York 13204
Phone: 315.671.6000 • Fax: 315.671.6001 • Web: www.ccblaw.com