

Laura L. Spring  
Direct: 315.477.6293  
Direct Fax: 315.425.3693  
Email: lspring@ccblaw.com

January 24, 2022

*Via PACER NDNY*
Hon. Andrew T. Baxter
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

      Re:    Robert Marshall Freeman v. Syracuse Time & Alarm Co., Inc.
              Civil Action No. 5:21-cv-0874 (BKS/ATB)

Dear Magistrate Baxter:

      As you know, I represent the Defendant in the above-referenced matter. Please be advised that our office and Plaintiff's office will not be able to meet the current deadline to complete mandatory mediation by January 31, 2022 due to several scheduling conflicts. We are discussing possible dates in the month of February and are respectfully requesting an extension to complete mandatory mediation to February 28, 2022, on consent.

      We appreciate your consideration in this matter. Thank you.

Very truly yours,

COHEN COMPAGNI BECKMAN APPLER & KNOLL, PLLC

*Laura L. Spring*
Laura L. Spring

LLS/kmc:684668.1

cc:    James Hartt, Esq. (*via PACER NDNY*)

COHEN COMPAGNI BECKMAN APPLER & KNOLL, PLLC
Attorneys and Counselors at Law
507 Plum Street, Suite 310, Syracuse, New York 13204
Phone: 315.671.6000 • Fax: 315.671.6001 • Web: www.ccblaw.com