**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ROBERT MARSHALL FREEMAN,

                                            Plaintiff,

        vs.                                      5:21-CV-874 (BKS/ATB)

SYRACUSE TIME & ALARM CO., INC.,

                                            Defendant.

## ORDER OF DISMISSAL BY REASON OF SETTLEMENT

In a Report of Mandatory Mediation filed on February 19, 2022, the mediator assigned to this case informed the Court that this action has settled. (Dkt. No. 18). A review of the record in this action indicates that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y. L.R. 68.1(a), it is hereby

   ORDERED as follows:

(1)  The above-captioned case is hereby dismissed and discontinued in its entirety, without costs, and without prejudice to the right of any party to reopen this action within sixty (60) days of the date of this Order if the settlement is not consummated.

(2)  Any application to reopen this case must be filed within sixty (60) days of the date of this Order.  An application to reopen filed after the expiration of that sixty-day period, unless it is extended by the Court prior to its expiration, may be summarily denied solely on the basis of untimeliness.

(3)  If the parties wish for the Court to retain ancillary jurisdiction for the purpose of

enforcing any settlement agreement, they must submit a request that the Court retain

jurisdiction over enforcement of the agreement, or submit the agreement to the Court

for incorporation of its terms into an Order retaining jurisdiction, within the above

referenced sixty (60) days for reopening this matter.

(4)  The dismissal of the above-captioned action shall become with prejudice on the

sixty-first day following the date of this Order, unless any party moves to reopen this

case within sixty (60) days of the date of this Order upon a showing that the

settlement was not consummated, or the Court extends the sixty (60) day period prior

to its expiration.

(5)  The Clerk of the Court is respectfully directed to close this case and forward a copy

of this Order to the parties pursuant to the Court's local rules.


Dated:  February 25, 2022
        Syracuse, New York

Brenda K. Sannes
U.S. District Judge